**Order filed June 16, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00374-CV
_____

**MISHA FERGUSON ET AL, Appellant**

**V.**

**QIAO ZHOU ET AL, Appellee**

---

**On Appeal from County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1073353**

---

## O R D E R

The notice of appeal in this case was filed May 4, 2016. To date, the filing fee of $205.00 has not been paid. No evidence that appellants are excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5. Therefore, the court issues the following order.

Appellant **Misha Ferguson** is ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **June 27, 2016.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM